Argued December 20, 1977, affirmed February 7, 1978

In the Matter of the Marriage of
RUVOLO, *Respondent,*
*and*
RUVOLO, *Appellant.*
(No. 14601, CA 8945)
573 P2d 1277

Ira L. Gottlieb, Portland, argued the cause and filed the brief for appellant.

Donna R. Meyer, Oregon Legal Services Corporation, The Dalles Regional Office, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Roberts, Judges.

PER CURIAM.

Affirmed. *Rea v. Rea,* 195 Or 252, 245 P2d 884, 35 ALR2d 612 (1952); *Green v. Haugen,* 1 Or App 1, 457 P2d 655 (1969). No costs to either party.